

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV1389**
**JUDGE DER-YEGHIAYAN**
**MAG. JUDGE VALDEZ**

In the Matter of

EUNICE ESPARZA, Plaintiff
v.
LENSCRAFTERS, INC. d/b/a LUXOTTICA RETAIL

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT LENSCRAFTERS, INC. d/b/a LUXOTTICA RETAIL

**FILED**
Mar 7, 2008
MAR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) DAVID K. HAASE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM LITTLER MENDELSON, P.C. | |
| STREET ADDRESS 200 NORTH LA SALLE ST., SUITE 2900 | |
| CITY/STATE/ZIP CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) IL BAR # 6201278 | TELEPHONE NUMBER (312) 372-5520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |