IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EUNICE ESPARZA,

    Plaintiff,

v.

LENSCRAFTERS, INC. d/b/a
LUXOTTICA RETAIL,

    Defendant.

No. 08CV1389
JUDGE DER-YEGHIAYAN
MAG. JUDGE VALDEZ

FILED
MAR - 7 2008
Mar 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## LENSCRAFTERS, INC. d/b/a LUXOTTICA RETAIL'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

1. Is said party a subsidiary or affiliate of a publicly owned corporation?

    YES __X__          NO _____

Defendant Lenscrafters, Inc. is an indirect subsidiary of Luxottica Group, S.p.A., a publicly owned corporation.

2. Is there a publicly owned corporation that owns 5% or more of the party's stock?

    YES __X__          NO _____

Yes, through intermediate subsidiaries, Luxottica Group, S.p.A., owns more than 5% of Defendant Lenscrafters, Inc.'s stock.

-2-

Respectfully submitted,

_____
David K. Haase

David K. Haase (6201278)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520
Firm I.D. 34950

Dated: March 7, 2008

## CERTIFICATE OF SERVICE

I, David K. Haase, an attorney, certify that I served the attorney of record named below with a copy of **Defendant Lenscrafters, Inc., d/b/a Luxottica Retail's Notification of Affiliates Disclosure Statement** via U.S. Postal Service on March 7, 2008:

>Marshall J. Burt
>77 W. Washington Street
>Suite 1900
>Chicago, Illinois 60602

_____
David K. Haase

Firmwide:84517737.1 052266.1027