IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUNICE ESPARZA,**<br><br>                Plaintiff,<br><br>v.<br><br>**LENSCRAFTERS, INC. d/b/a**<br>**LUXOTTICA RETAIL,**<br><br>                Defendant. | No. 08 C1389 |

## NOTICE OF FILING

TO:   Marshall J. Burt
      77 W. Washington Street
      Suite 1900
      Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on March 14, 2008 Defendant filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division the attached Answer and Additional Defenses to Complaint, a copy of which is attached hereto and served upon you herewith.

                                        Respectfully submitted,


                                        By:/s/ David K. Haase
                                            One of Its Attorneys

David K. Haase (6201278)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street - Suite 2900
Chicago, IL  60601
312.372.5520

Firmwide:84585539.1 052266.1027