IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUNICE ESPARZA,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**LENSCRAFTERS, INC. d/b/a LUXOTTICA RETAIL,**<br><br>　　　　　　Defendant. | No. 08 C 1389<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO:　Marshall J. Burt
　　　77 W. Washington Street
　　　Suite 1900
　　　Chicago, Illinois 60602

　　**PLEASE TAKE NOTICE** that on **Tuesday, April 15, 2008 at 9:00 a.m.**, we shall appear before the Honorable Judge Der-Yeghiayan in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there to present Defendant's Motion to Stay of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By: /s/ David K. Haase
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

David K. Haase (6201278)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street - Suite 2900
Chicago, IL  60601
312.372.5520

April 9, 2008

**CERTIFICATE OF SERVICE**

      I, David K. Haase, an attorney, hereby certifies that on April 9, 2008, a true and correct copy of the foregoing Notice of Motion was filed electronically, using CM/ECF System which will automatically send e-mail notifications of such filing to the following attorney of record.

Marshall J. Burt
77 W. Washington Street
Suite 1900
Chicago, Illinois 60602

                                                   /s/ David K. Haase
                                                    David K. Haase