IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUNICE ESPARZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08 C 01389 |
| vs. | ) |
| | ) |
| LENSCRAFTERS, INC. d/b/a LUXOTTICA RETAIL, | ) |
| | ) Judge Samuel Der-Yeghiayan |
| | ) |
| Defendant. | ) |

**MOTION BY MARSHALL J. BURT AND ANDREW J. COHEN
TO WITHDRAW APPEARANCE AS ATTORNEYS OF RECORD
FOR THE PLAINTIFF EUNICE ESPARZA**

Pursuant to Local Rule 83.17, the movants, Marshall J. Burt and Andrew J. Cohen, hereby move this Court for leave to withdraw their appearance as the attorneys of record for the plaintiff, Eunice Esparza. In support of this motion, the movants state as follows:

1. The Movants are the attorneys of record for the plaintiff, Eunice Esparza.

2. On April 7, 2008, the plaintiff terminated Marshall J. Burt and Andrew J. Cohen as her attorneys. Accordingly, the Movants can no longer represent the plaintiff in this action.

3. The address where the plaintiff can be served with notice and other pleadings is:

    6530 West Pershing
    Berwyn, IL 60402

Wherefore, the movants, Marshall J. Burt and Andrew J. Cohen, hereby request that this Court enter an order granting them leave to withdraw their appearance as the attorneys of record for the plaintiff, Eunice Esparza, and to enter such further orders that are just and proper under the circumstances including allowing the plaintiff to obtain substitute counsel within 21 days.

        Respectfully submitted,

        EUNICE ESPARZA


        By:/s/ Marshall J. Burt
            One of her attorneys


Marshall J. Burt, Esq.
Andrew J. Cohen, Esq.
77 West Washington Street, Suite 1900
Chicago, IL 60602
(312) 419-1999
mjburt@mindspring.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of this filing to the following listed attorneys.

David K. Haase
Littler Mendelson
200 N. LaSalle Street
Chicago IL 60601

and upon

Eunice Esparza
6530 West Pershing
Berwyn, IL 60402

by hand delivery on this 9th day of April, 2008

/s/ Marshall J. Burt