IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUNICE ESPARZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08 C 01389 |
| vs. | ) |
| | ) |
| LENSCRAFTERS, INC. d/b/a LUXOTTICA RETAIL, | ) |
| | ) Judge Samuel Der-Yeghiayan |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   David K. Haase                                        Eunice Esparza
      Littler Mendelson                                     6530 West Pershing
      200 N. LaSalle Street                                 Berwyn, IL 60402
      Chicago IL 60601

PLEASE TAKE NOTICE that on **April 15, 2008 at 9:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead in Courtroom 1903 of the United States District Court located at 219 South Dearborn Street, Chicago, Illinois and present the Motion by Marshall J. Burt and Anbdrew J. Cohen to withdraw as the attorneys of record for the plaintiff, Eunice Esparaza, a copy of which is hereby served upon you.

By: /s/ Marshall J. Burt

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of this filing to the above listed attorneys and upon Eunice Esparza by hand delivery.

By: /s/ Marshall J. Burt

Marshall J. Burt, Esq. ID #06198381
Andrew J. Cohen, Esq. ID #06215895
77 West Washington Street
Suite 1900
Chicago, IL 60602
(312) 419-1999
mjburt@mindspring.com
lawyerajc@aol.com