# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1389 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Eunice Esparza vs. LensCrafters, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/15/08 at 9:00 a.m. Counsel for Plaintiff's motion to withdraw as attorney [11] is granted. Marshall J. Burt and Andrew J. Cohen are hereby given leave to withdraw as counsel for Plaintiff. Plaintiff is given 21 days to have new retained counsel file an appearance or to be prepared to proceed pro se. Defendant's motion to stay discovery [9] is denied without prejudice as being premature at this time. Plaintiff is warned that she must appear either in person or through her retained counsel on 05/15/08, because failure to appear on a Court's noticed status hearing may result in a dismissal for want of prosecution pursuant to Local Rule 41.1.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|