## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Eunice Esparza_
(Please print)

STREET ADDRESS: _6530 W. Pershing_

CITY/STATE/ZIP: _Berwyn IL. 60402_

PHONE NUMBER: _708. 845.7047_

CASE NUMBER: _08-C 1389_

Signature

Date _5-13-08_

FILED

NF

MAY 1 3 2008

May 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT