## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Eunice Esparza

          Plaintiff,

v.

LensCrafters, Inc.

          Defendant.

Case No.: 1:08–cv–01389

Honorable Samuel Der–Yeghiayan


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 15, 2008:


      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan:Status hearing held and continued to 06/04/08 at 9:00 a.m. Counsel for Defendants advised the Court that he was notified by an attorney who is representing the Plaintiff and that he was unable to attend the Status hearing. Counsel for the Plaintiff and the Plaintiff are warned that failure to appear on a Court's noticed status hearing may result in a dismissal of the action pursuant to Local Rule 41.1. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.