# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1389 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Eunice Esparza vs. LensCrafters, Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, it is clear that the amount in controversy requirement is not met in this case and we remand the instant action for lack of subject matter jurisdiction. The instant action is hereby ordered remanded to the Circuit Court of Cook County (2008 L 00562). All pending dates and motions before this Court are stricken as moot. Civil case terminated.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

The "first duty in every case" in federal district court for a judge is to "independently" determine whether or not the court has subject matter jurisdiction. *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). Defendant Lenscrafters, Inc. ("Lenscrafters") removed the instant action to federal court on March 7, 2008, indicating in the notice of removal that there is diversity subject matter jurisdiction in this case. In order for a court to have diversity subject matter jurisdiction, "the matter in controversy" must "exceed[] the sum or value of $75,000, exclusive of interest and costs. . . ." 28 U.S.C. § 1332(a). The removing party bears the burden of showing by a preponderance of the evidence that the amount in controversy requirement is met. *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006). If a Defendant meets its burden, "the plaintiff can defeat jurisdiction only if 'it appears to a legal certainty that the claim is really for less than the jurisdictional amount.'" *Id.* (quoting *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)).

In the instant action, Plaintiff Eunice Esparza indicates in her complaint that her actual damages are in excess of $50,000. Although Esparza also mentions punitive damages in excess of $1,000,000, the facts in

## STATEMENT

this case would not support such a punitive damages award. Esparza has included two straightforward state law claims in her complaint that do not contain allegations of willful misconduct by Lenscrafters that could support any significant punitive damages award. Thus, it is clear that the amount in controversy requirement is not met in this case and we remand the instant action for lack of subject matter jurisdiction.